**Order entered February 17, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01286-CV

**THE SAMUEL Y. DORFMAN, JR. ESTATE,
THROUGH ITS INDEPENDENT EXECUTOR, Appellant**

**V.**

**PROACTIVE INVENTORY, INC., ALISON WOOD SOLOMON, AND
MARION HAGGAR BRYAN, Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-05821**

## ORDER

Before the Court in this accelerated appeal is appellees' February 15, 2017 motion to extend time to file appellees' brief and the deadlines for the parties' respective reply briefs. We **GRANT** the motion to the extent that appellees' brief shall be filed by March 20, 2017. Appellant may file a reply brief within twenty days of the date appellees file their brief. TEX. R. APP. P. 38.3 and 38.6(c).

/s/      ELIZABETH LANG-MIERS
         JUSTICE